UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

UNITED STATES OF AMERICA

v.  Case No.: 2:26-cr-00016

ROSMERY MORALES-MEJIA

**O R D E R**

On February 6, 2026, Tim C. Carrico filed defendant's Motion for Release from Detention [ECF No. 20] and on February 9, 2026, Jonthan T. Storage, Assistant United States Attorney, filed Government's Response in Opposition to the Defendant's Motion for Release from Detention and Government's Motion for a Hearing [ECF No. 21].

Accordingly, it is **ORDERED** that a hearing on defendant's Motion for Release from Detention [ECF No. 20] shall take place before the undersigned Magistrate Judge on *Wednesday, February 25, 2026, at 1:30 p.m.* in Charleston.

The Clerk is directed to provide copies of this Order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshals Service.

**ENTER:** February 13, 2026

Dwane L. Tinsley
United States Magistrate Judge