UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

**UNITED STATES OF AMERICA**

v.  CRIMINAL NO. 2:26-CR-00016

**ROSMERY MORALES-MEJIA**
   **also known as "Rosita Mejia-Perez"**

### NOTICE TO THE COURT REGARDING PLEA AGREEMENT

Comes now the United States of America, by Jonathan T. Storage, Assistant United States Attorney for the Southern District of West Virginia, and notifies the Court that the defendant intends to plead guilty without a plea agreement. Accordingly, the parties plan to go forward with the March 10, 2026, combined plea and sentencing hearing without a plea agreement in place.

The government is authorized to represent that defense counsel approves the filing of this notice.

Respectfully submitted,

MOORE CAPITO
United States Attorney

By:

s/Jonathan T. Storage
JONATHAN T. STORAGE
Assistant United States Attorney
WV State Bar No. 12279
300 Virginia Street, East

```
Room 4000
Charleston, WV 25301
Telephone: 304-345-2200
Fax: 304-347-5104
E-mail: Jonathan.Storage@usdoj.gov
```

**CERTIFICATE OF SERVICE**

It is hereby certified that the foregoing "NOTICE TO THE COURT REGARDING PLEA AGREEMENT" has been electronically filed and service has been made on opposing counsel by virtue of electronic mail this the 18th day of February, 2026, to:

        Tim C. Carrico, Esq.
        Carrico Law Offices, LC
        1554 Kanawha Blvd, East, Ste 100
        Charleston, West Virginia 25301
        Email: tcarrico@carricolaw.com

                      s/Jonathan T. Storage
                      JONATHAN T. STORAGE
                      Assistant United States Attorney